# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARS WEBB,<br><br>          Petitioner,<br>  vs.<br><br>LINDA SANDERS, Warden,<br><br>          Respondent.<br>_____ | Case No. CV 11-10722 SJO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: March 15, 2012.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE