UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARS WEBB, | ) | Case No. CV 11-10722 SJO (MRW) |
|         Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: March 15, 2012

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE